**Opinion issued October 2, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00069-CV

———————————

**LATIMA DANAE ADAMS, Appellant**

**V.**

**GEREL MARQUIS EARL, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-01433**

---

## MEMORANDUM OPINION

Appellant, Latima Danae Adams, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.